UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.             ) | Criminal Action No. 19-158(RBW) |
| ) | |
| ANDRE DE MOYA, ANTHONY ) | |
| MERRITT, and VINCENT SLATER, ) | |
| ) | |
| Defendants.   ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the status conference held on October 16, 2019, it is hereby

**ORDERED** that this case continues to be designated as a complex case. It is further

**ORDERED** that the time from the date of this Order until January 17, 2020, is excluded under the Speedy Trial Act, in light of the government's representations regarding the volume of discovery and the nature of the allegations in this matter. It is further

**ORDERED** that the parties shall appear before the Court for a status conference on January 17, 2020, at 9:30 a.m.

**SO ORDERED** this 17th day of October, 2019.

REGGIE B. WALTON
United States District Judge