CO 109A - Rev. 3/2010

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

ANDRE DE MOYA AND ANTHONY MERRITT

Civil/Criminal No.: 19-CR-158 (RBW)

## NOTE FROM JURY

If someone is not satisfied with you just "collecting" the question they have, and they request to speak to a supervisor, who would you call to come to the window?

Seat 14

Juror 1671

Date: 4/6/2023

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

ANDRE DE MOYA AND ANTHONY MERRITT

Civil/Criminal No.: 19-CR-158 (RBW)

## NOTE FROM JURY

How would a person no the difference in the tickets? Are they colored coded? Or do they start with letters? for example - A-K for personnal taxes and L-Z for business Taxes?

Date: 4/6/2023

CO 109A - Rev 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

ANDRE DE MOYA AND ANTHONY MERRITT

Civil/Criminal No.: 19-CR-158 (RBW)

## NOTE FROM JURY

~~Did you always~~     Juror 1760

How long would it be between when you talked w/ Mr Merritt about an EIN/account and when you would make the change? (Did you always do the same day? Why or ~~why~~ not?

Date: 4/6/2023

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

ANDRE DE MOYA AND ANTHONY MERRITT

Civil/Criminal No.: 19-CR-158 (RBW)

## NOTE FROM JURY

If taxpayers had to deal with assigned revenue officer on sales and use, could they reach out to the assigned revenue officer instead of going to customer service?

- Did taxpayers frequently come to customer service on sales + use tax?

Date: 4/6/2023

CO 109A - Rev 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

ANDRE DE MOYA AND ANTHONY MERRITT

Civil/Criminal No.: 19-CR-158 (RBW)

## NOTE FROM JURY

If a person has a ID and a EID # can that account be discussed there?

Date: 4/6/2023

CO 109A - Rev 3/2010

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

ANDRE DE MOYA AND ANTHONY MERRITT

Civil/Criminal No.: 19-CR-158 (RBW)

## NOTE FROM JURY

~~Do you know what~~
B  Would you ever call a supervisor to come and ~~meet~~ with a taxpayer in the customer services center?
Would you or taxpayer ever ask the ~~adjust~~ adjustment unit to come talk to a tax payer in the customer service center ~~collect~~?

Date: 4/6/2023