UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 19-158 (RBW) |
| ) | |
| ANDRE DE MOYA and ANTHONY ) | |
| MERRITT, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

In accordance with the oral rulings issued by the Court during trial in this case on April 6, 2023, it is hereby

**ORDERED** that, on April 11, 2023, at 9:15 a.m., the parties shall appear before the Court for a status hearing. The parties shall appear before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED** this 6th day of April, 2023.

REGGIE B. WALTON
United States District Judge