# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Action No. 19-158 (RBW) |
| ANDRE DE MOYA and ANTHONY MERRITT, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

In accordance with the oral rulings issued by the Court during the status hearing held on April 11, 2023, it is hereby

**ORDERED** that, on or before April 17, 2023, the defendants shall file a notice regarding any need for additional witness testimony or presentation of evidence in light of the new discovery produced by the government. It is further

**ORDERED** that, if the government determines that there are any records it is unable to locate or secure, on or before April 17, 2023, the parties shall confer to discuss whether any sanctions are warranted and submit to the Court a proposed jury instruction regarding the missing evidence if the parties can agree on the language of such an instruction, or separate instructions if an agreement cannot be reached.

**SO ORDERED** this 11th day of April, 2023.

_____
REGGIE B. WALTON
United States District Judge